IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
AUG 16 2011
J T NOBLIN, CLERK
BY_____ DEPUTY

| | |
|---|---|
| ALPHONSO MARSHALL, INDIVIDUALLY AND ON BEHALF OF ALL OF THE HEIRS AT LAW AND WRONGFUL DEATH BENEFICIARIES OF THE ESTATE OF VANESSA MARSHALL | PLAINTIFFS |
| VS. | CAUSE NO: 5:11CV121DCB-RHW |
| VICKSBURG HEALTHCARE, LLC d/b/a RIVER REGION MEDICAL CENTER d/b/a RIVER REGION HEALTH SYSTEMS; AND JOHN DOES 1-10 | DEFENDANTS |

## NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, WESTERN DIVISION:

Defendant Vicksburg Healthcare, LLC d/b/a River Region Medical Center d/b/a River Region Health Systems, a Delaware corporation files this Notice of Removal hereby removing this case to the United States District Court for the Southern District of Mississippi, Western Division, and would respectfully show unto the Court as follows:

I.

This action was commenced in the Circuit Court of Warren County, Mississippi on May 13, 2011 against River Region Medical Center d/b/a River Region Health System; Vicksburg Healthcare, LLC and John Does 1-10, improper Defendants. The Complaint was Amended on August 10, 2011 against Vicksburg Healthcare, LLC d/b/a River Region Medical Center d/b/a River Region Health Systems, a Delaware corporation and is now pending as Civil Action No. 11,0060-CI in that Court. Certified copies of the Summons, Complaint and Amended Complaint and all the process, pleadings and orders served upon the Defendant in this action are attached hereto collectively as Exhibit "A".

II.

Vicksburg Healthcare, LLC d/b/a River Region Medical Center d/b/a River Region Health Systems, pursuant to 28. U.S.C. §1441 and §1446, files this Notice of Removal with the Court. The Court has diversity jurisdiction pursuant to the provisions of 28. U.S.C. §1332 in that the amount in controversy exceeds the jurisdictional requisite of $75,000.00, exclusive of interest and cost and the proper parties to this lawsuit are all citizens of different states.

III.

Pursuant to 28 U.S.C. §1446(d) and (e), a true copy of the Notice of Removal has been filed with the Clerk of the County Court of Warren County, Mississippi and the Plaintiff has been given written notice of the filing of this Notice of Removal.

WHEREFORE, PREMISES CONSIDERED, Defendant Vicksburg Healthcare, LLC d/b/a River Region Medical Center d/b/a River Region Health Systems a Delaware corporation, hereby removes this action to the United States District Court for the Southern District of Mississippi, Western Division, and requests that this Court proceed with the handling of this case as if it had been originally filed herein and further requests that further proceedings in the County Court of Warren County, Mississippi be stayed.

Respectfully submitted,

VICKSBURG HEALTHCARE, LLC d/b/a
RIVER REGION MEDICAL CENTER d/b/a
RIVER REGION HEALTH SYSTEMS

By: _____
R. E. Parker, Jr., MSB # 4011
Penny B. Lawson, MSB # 103450

OF COUNSEL:

VARNER, PARKER & SESSUMS, P.A.
Post Office Box 1237
Vicksburg, MS 39181-1237
Telephone: 601.638.8741
Facsimile: 601.638.8666
Email: rep@vpslaw.com
       plawson@vpslaw.com

## CERTIFICATE OF SERVICE

The undersigned counsel of record for Defendant does hereby certify that I forwarded a copy of the above and foregoing document to the following counsel of record, by first class mail, postage prepaid, fax, email and/or hand delivery:

>Dennis C. Sweet III, Esquire
>Warren L. Martin, Jr., Esquire
>Thomas Bellinder, Esquire
>Sweet & Associates, PA
>158 East Pascagoula Street
>Jackson, Mississippi 39201
>*Attorney for Plaintiff*

This the 15th day of August, 2011

R. E. Parker, Jr.