```
          IN THE UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

**ALPHONSO MARSHALL, INDIVIDUALLY AND**
**ON BEHALF OF ALL OF THE HEIRS AT LAW**
**AND WRONGFUL DEATH BENEFICIARIES**
**OF THE ESTATE OF VANESSA MARSHALL,**                         **PLAINTIFFS**

**V.**                                **CASE NO.:5:11-cv-00121-DCB-RHW**

**VICKSBURG HEALTHCARE, LLC d/b/a RIVER**
**REGION MEDICAL CENTER d/b/a RIVER REGION**
**HEALTH SYSTEMS; AND JOHN DOES 1-10**                         **DEFENDANTS**

## ORDER

Pursuant to this Court's October 17, 2011 Order [docket entry no. 14], counsel for the Defendant has represented to the Court that the sole member of Vicksburg Healthcare, LLC is a Mississippi Corporation. Accordingly, this Court lacks diversity jurisdiction under 28 U.S.C. § 1332 and the above styled and numbered cause must be remanded to the Circuit Court of Warren County pursuant to 28 U.S.C. § 1447(c).

**IT IS HEREBY ORDERED** that the Plaintiffs' Motion to Remand [docket entry no. 7] is **GRANTED.**

**IT IS FURTHER HEREBY ORDERED** that the above styled and numbered cause is hereby remanded to the Circuit Court of Warren County.

**SO ORDERED AND ADJUDGED** this the _19th_ day of October 2011.

                                         /s/ David Bramlette
                                     **UNITED STATES DISTRICT COURT**